UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

FILO PROMOTIONS, INC.,

            Plaintiff,

   - against -

BATHTUB GINS, INC.,

           Defendant

---------------------------------------------------------X

**DECLARATION OF OSLONOV**

Docket No. 17CV10246 (GHW)

**ECF case**

      David Oslonov hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the President of the plaintiff FILO PROMOTIONS, INC in this action.

2. I have read the Complaint dated December 31, 2017, and know the contents thereof. The same is true to my knowledge except as to the matters stated to be alleged on information and belief and as to those matters I believe them to be true.

3. I invested both time and money to establish my company's BATHTUB GIN brand with respect to a bar and cocktail lounge.

4. Defendant is continuing to use the same name for its bar.

5. I respectfully ask that the Motion for Default Judgment be granted enjoining Defendant from using the mark.

Dated: New York, New York
       February 7, 2018

                                            _____
                                              David Oslonov