UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FILO PROMOTIONS INC.,

                                       **Plaintiff,**                      **17-CV-10246 (GHW)(SN)**

            -against-                                            **ORDER**

BATHTUB GINS, INC.,

                                       **Defendant.**
----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The Court held a status conference today to discuss ongoing discovery disputes and settlement negotiations. The defendant is ORDERED to serve and file its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) by Friday, April 27, 2018. This response shall be in writing and shall address each Rule 26 category separately.

        In light of the defendant's representation that it plans to file counterclaims, its motion to dismiss pursuant to Rule 12(b)(6) is converted to a motion for judgment on the pleadings pursuant to Rule 12(c). The parties need not submit additional briefing regarding that motion. Defendant is ORDERED to answer the complaint and to file any counterclaims by May 7, 2018.

        An initial pretrial conference is scheduled for Wednesday, May 23, 2018 at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

        The Court DENIES the defendant's motion for a stay. The Clerk of the Court is respectfully requested to terminate the motions at ECF Nos. 61, 63, 64, 76 and 77.

**SO ORDERED**.

                                                                      SARAH NETBURN
DATED:    April 25, 2018                         United States Magistrate Judge
               New York, New York

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/25/2018]