```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FILO PROMOTIONS, INC.,

                Plaintiff,         **JUDGMENT**

   - against -

                                 Docket No. 17CV10246 (GHW)(SN)

BATHTUB GINS, INC.,

                Defendant         **ECF case**
------------------------------------------------------------X

      UPON the Complaint in this action seeking a permanent injunction and other relief for the claims contained in the Amended Complaint; on consent and for good cause shown,

      IT IS hereby ORDERED, ADJUDGED and DECREED that BATHTUB GINS, INC., its owners, agents, employees, affiliates, alter egos, officers, successors and all those acting in concert or active participation with any of them are hereby permanently enjoined from using the words "BATHTUB GIN" or any mark similar thereto or substantially indistinguishable therefrom in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of any products or services.

      The Clerk is directed to enter Judgment as to Defendant accordingly and close this case.

Dated: May 1, 2018

| | |
|---|---|
| **Susan A Schlenger, Esq.**<br>*Attorney for Defendant*<br>15 Coachman Way<br>Hyde Park, NY 12538<br>LLAWENSAS@GMAIL.COM<br>508.380.5054<br><br>By:_____<br>Susan A. Schlenger, Esq. | **THE BOSTANY LAW FIRM, PLLC**<br>*Attorneys for Plaintiff*<br>3 World Financial Center, 24th Floor<br>New York, NY  10281<br>john@bozlaw.com<br>(212) 530-4400<br><br>By:_____<br>John P. Bostany |

SO ORDERED.

Dated:  May 5, 2018
New York, New York

                              _____
                                    GREGORY H. WOODS
                               United States District Judge